OPINION — AG — **** OIL AND GAS LEASE NOT SUBJECT TO DOCUMENTARY STAMP TAX LAW **** AN OIL AND GAS LEASE OR AN ASSIGNMENT THEREOF, IS NOT SUBJECT TO THE TAX IMPOSED BY THE OKLAHOMA DOCUMENTARY STAMP TAX LAW, 68 O.S. 1971, 5101-5107 [68-5101] — [68-5107]. ATTORNEY GENERAL'S OPINION NO. 68-111 IS HEREBY OVERTURNED AND SUPERCEDED BY THIS OPINION. CITE: 68 O.S. 1971 5101 [68-5101], 68 O.S. 1971 5107 [68-5107], OPINION NO. 68-111 (ODIE NANCE)